IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02815-MSK-MJW

NICOLE VAN ATTA, as an individual, and on behalf of all others similarly situated,

Plaintiff,

v.

GENERAL MILLS, INC., a Delaware corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Enter Stipulated Protective Order (docket no. 33) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 33-1) is APPROVED as amended in paragraphs 5(a) and 23(b) and made an Order of Court.

It is FURTHER ORDERED that the Joint Motion to Enter Stipulated Protective Order (docket no. 32) is DENIED AS MOOT as being duplicative of docket no. 33.

Date: March 4, 2013