# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02815-MSK-MJW

NICOLE VAN ATTA,

    Plaintiff,

v.

GENERAL MILLS, INC.,

    Defendant.

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nicole Van Atta, through her attorneys, and Defendant General Mills, Inc., through its attorneys, hereby stipulate and agree that the above-entitled action is and shall be voluntarily dismissed with prejudice and without costs to either party.

Respectfully submitted this 19th day of November, 2014.

| *s/ Benjamin M. Lopatin* | *s/ Charles C. Sipos* |
|---|---|
| Benjamin M. Lopatin | Charles C. Sipos |
| The Law Offices of Howard W. Rubinstein, P.A. | Perkins Coie LLP |
| One Embarcadero Center, Suite 500 | 1900 Sixteenth Street, Suite 1400 |
| San Francisco, CA 94111 | Denver, CO 80202 |
| Telephone: (800) 436-6437 | Telephone: (303) 291-2300 |
| Facsimile: (415) 692-6607 | Facsimile: (303) 291-2400 |
| Email: lopatin@hwrlawoffice.com | Email: csipos@perkinscoie.com |
| | |
| *Attorney for Plaintiff Nicole Van Atta* | *Attorneys for Defendant General Mills, Inc.* |